IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-943-BR

| | |
|---|---|
| IN RE: | |
| LAWRENCE CARY | ORDER |
| DEBTOR | |

This matter is before the court on the appeal of debtor Lawrence Cary from the order of United States Bankruptcy Judge David M. Warren entered on 13 December 2016.  On 26 April 2017, the court ordered Cary to pay within 30 days to the Clerk, U.S. Bankruptcy Court, the total fee for a notice of appeal, $298.  In that order, the court warned Cary if he failed to comply, his appeal may be dismissed.  Thirty days have passed, and the court has been informed that Cary has not paid the fee, (DE # 8).  Because Cary has not complied with the court's order and has not otherwise responded to the order, this appeal is DISMISSED, and the Clerk is DIRECTED to close the case.

This 1 June 2017.

_____
W. Earl Britt
Senior U.S. District Judge